■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN VELEZ, Appellant.—Judgment of the Supreme Court, Kings County (Egitto, J.), rendered May 6, 1982, affirmed *(see, People v Kazepis,* 101 AD2d 816). Mollen, P. J., Brown, Niehoff and Eiber, JJ., concur.